# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:21-CR-00028-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MICHAEL ANTHONY THOMAS (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Considering the "Report and Recommendation on Felony Guilty Plea Before United States Magistrate Judge" (Doc. 53) wherein Defendant Michael Anthony Thomas waived his right to plead guilty before a District Judge, the Magistrate concluded that Defendant Thomas was fully competent, his guilty plea was knowing and voluntary, and supported by the written factual basis,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Report and Recommendation is accepted, and Defendant Thomas is adjudged guilty as to Count One of the Indictment.

**THUS DONE AND SIGNED** in Chambers on this 17th day of September, 2021.

*[Signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**